CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 0 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ELLEN FERGUSON,<br><br>*Plaintiff,*<br><br>v.<br><br>GEORGIA-PACIFIC, LLC,<br><br>*Defendant.* | CIVIL NO. 6:06cv00049<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Summary Judgment, filed on November 20, 2007 (docket entry no. 13). For the reasons stated in the accompanying Memorandum Opinion and Order:

(1) Plaintiff's suit is hereby TERMINATED;

(2) the Clerk of the Court is hereby ordered to STRIKE this case from the docket of the Court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: February 4, 2008

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE